The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEVIN MICHAEL RYAN,<br>Plaintiff,<br>v.<br>ELIZABETH SCHIEFERDECKER, *et al.*,<br>Defendants. | NO. 26-cv-5486-RSL<br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds no error in the Report and Recommendation. No objections were filed. Plaintiff was previously advised that defamation, standing alone, does not state a claim under 42 U.S.C. § 1983 and that he had not alleged facts showing that the alleged injury to his reputation was inflicted in connection with, or caused the denial of, a federally protected right. Dkt. 7. Plaintiff was afforded an opportunity to cure that deficiency but failed to do

so. Even assuming the allegedly defamatory statements were false, neither plaintiff's proposed complaint nor his response to the Court's Order to Show Cause alleges facts plausibly establishing the deprivation of a federally protected right. Dkts. 8-1, 9. To the extent plaintiff intends to assert a claim for defamation under state law, the Court declines to exercise supplemental jurisdiction over that claim.

Accordingly, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's proposed complaint (dkt. 8-1) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). This dismissal is counted as a strike under 28 U.S.C. § 1915(g).

(3) Plaintiff's application to proceed in forma pauperis (dkt. 8) is DENIED as moot.

(4) The Clerk is directed to enter judgment and close this case.

(5) The Clerk is further directed to send copies of this Order to plaintiff and to Judge Peterson.

Dated this 24th day of September 2026.

Robert S. Lasnik
United States District Judge